THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sean Patrick Murphy,       
Appellant.
 
 
 

Appeal From Pickens County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-216
Submitted January 19, 2003 - Filed March 
 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM: Sean Patrick Murphy was convicted 
 of third-degree criminal sexual conduct.  He was sentenced to ten years imprisonment, 
 suspended upon the service of three years, and four years probation.  Murphy 
 appeals, arguing the trial court should have directed a verdict of acquittal 
 where there was no evidence of force or coercion.  Appellate counsel has filed 
 a final brief and a petition to be relieved.  Murphy has filed a pro 
 se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.